UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CRUZ EMPACADORA, S. de R.L. de C.V., a Mexican business entity,<br><br>Plaintiff,<br><br>v.<br><br>R.B. PACKING OF CALIFORNIA, INC., a California Corporation, AGROBIONOVA, S.A.de C.V., a Mexican business entity, TANIMURA DISTRIBUTING, INC., a California corporation, and OMAR DIAZ, an Individual,<br>_____<br><br>AND RELATED CROSS-ACTIONS<br>_____ | CIVIL NO.  00CV01217(AJB)<br><br>**ORDER DENYING ALL PENDING MOTIONS IN LIMINE AS MOOT; VACATING TRIAL DATE; DISMISSING ACTION WITH PREJUDICE [FRCP 41(a)(1)]**<br><br>Hon. Anthony J. Battaglia<br>Ctrm: A |

The following Motions in Limine, pending before Magistrate Judge Battaglia, are hereby DENIED as moot in light of the settlement of the case:

1) Motion in Limine to Exclude the testimony of Karen Kaseno [Docket No. 345];

2) Motion in Limine to Strike Plaintiff's Amended Complaint, for Order Deeming Court-approved Proposed Amended Complaint as filed [docket No. 347];

3) Third Motion in Limine Regarding Evidence on Price After Sale Transactions and Damages [Docket No. 357];

4) Fourth Motion in Limine Regarding Evidence of Alleged Inadequate Disclosure in Violation of PACA [Docket No. 358];

00CV01217(AJB)

| | | |
|---|---|---|
| 5) | | Motion to Exclude the Expert Testimony of Francisco Acero, Alfonso Garcia and Roberto Trevino [Docket No. 359]; |
| 6) | | Motion to Exclude the Expert Testimony of Jose Luis Rocha [Docket No. 360]; |
| 7) | | Motion to Exclude the Expert Testimony of Christopher Linscott [Docket No. 361]; and, |
| 8) | | Motion to Exclude the Expert Testimony of Byron White [Docket No. 362]. |

The Motion in Limine hearing date set for November 17, 2006 and the trial date set for December 4, 2006 are hereby VACATED. The above captioned action is hereby dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

**DATED: November 17, 2006**

_____
**Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court**